UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADVANCED MICRO DEVICES, INC.,

   Plaintiff,

v.

ROBERT FELDSTEIN, MANOO DESAI,
NICOLAS KOCIUK, and RICHARD HAGEN,

   Defendants.

Civil Action No. 13-40007-TSH

HILLMAN, D.J.

## ORDER FOR *EX* PARTE TEMPORARY RESTRAINING ORDER

The Court has reviewed Plaintiff's Application for Expedited *Ex Parte* Temporary Restraining Order (Docket No.4) ("Application"), supporting Memorandum of Law, and other pleadings on file. For the reasons set forth below, the Application for temporary relief will be granted.

The Court finds tha immediate and irreparable injury, loss, or damage will result to Plaintiff, Advanced Micro Devices, Inc. ("AMD"), if the Court does not order relief before Defendants, Robert Feldstein ("Mr. Feldstein"). Manoo Desai ("Ms. Desai"), Nicolas Kociuk ("Mr. Kociuk") and Richard Hagen ("Mr. Hagen"), can be heard in opposition; and

**IT IS THEREFORE ORDERED** that Plaintiff's Application for Expedited *Ex Parte* Temporary Restraining Order is ***GRANTED***.

**IT IS FURTHER ORDERED** that:

1. Mr. Feldstein must:

    A. Immediately preserve all originals and copies of AMD materials, including but not limited to those identified in Plaintiff's Application for and supporting Memorandum of Law;

    B. Immediately preserve for forensic evaluation any computers and/or storage devices in his possession, including without limitation any home or personal computers or storage devices, to include those storage devices with serial numbers 0060E04DEF29AC5082CF0036 and 0060E04DEF2BAC5152CF7436.

    C. Immediately preserve all data on any computers or storage devices in his custody and/or control, including but not limited to those identified in (B) above.

    D. Immediately refrain from accessing, copying, using, transferring, or conveying to any other person or entity any AMD materials or information retained by him in any form following employment with AMD, including but not limited to the materials and information identified in the Application.

    E. Immediately refrain from divulging or using any AMD confidential information.

    F. Immediately refrain from hiring or attempting to hire an employee of AMD or directly or indirectly soliciting, inducing or encouraging an employee of AMD to leave his or her employ to work for another employer, without first getting the written consent of an Officer of AMD.

2. Ms. Desai must:

    A. Immediately preserve all AMD property, including but not limited to the data and documents identified in Plaintiff's Application and supporting Memorandum of Law;

    B. Immediately preserve for forensic evaluation any computers and/or storage devices in her possession, including without limitation any home or personal computers or storage devices, to include those storage devices with serial number DAA204199488.

    C. Immediately preserve all data on any computers or storage devices in her custody and/or control, including but not limited to those identified in (B) above.

    D. Immediately refrain from divulging, using, accessing, copying, transferring, or conveying to any other person or entity any AMD materials or information retained by her in any form following employment with AMD, including but not limited to the materials and information identified in the Application.

    E. Immediately refrain from disclosing or using any AMD confidential information.

    F. Immediately refrain from directly or indirectly soliciting or taking away AMD employees for her own benefit or the benefit of any other party.

3. Mr. Kociuk must:

    A. Immediately preserv all AMD property, including but not limited to the data and documents identified in Plaintiff's Application and supporting Memorandum of Law;

    B. Immediately preserve for forensic evaluation any computers and/or storage devices in his possession, including without limitation any home or personal

        computers or storage devices, to include the storage device with serial number 5743415A4145539303034363.

   C.   Immediately preserve all data on any computers or storage devices in his custody and/or control, including but not limited to those identified in (B) above.

   D.   Immediately refrain from divulging, using, accessing, copying, transferring, or conveying to any other person or entity any AMD materials or information retained by him in any form following employment with AMD, including but not limited to the materials and information identified in the Application.

   E.   Immediately refrain from disclosing or using any AMD confidential information.

4.   Mr. Hagen must:

   A.   Immediately refrain from soliciting any AMD employee to leave his or her employment with AMD; or assisting others to solicit any AMD employee to leave his or her employment with AMD.

5.   Defendants, Robert Feldstein, Manoo Desai, Nick Kociuk, and Richard Hagen, and all their agents, employees, affiliates, and those in active participation or concert with them, must:

   A.   Preserve all information, whether in document or electronic form, which is relevant to the disputes between the parties.

**IT IS FURTHER ORDERED** that AMD post a bond in the amount of $10,000 as security for the costs and damages, if any, sustained by any defendant found to have been wrongfully enjoined or restrained.

**IT IS FURTHER ORDERED** that the parties shall appear before me on January 17, 2013, at 3:00 p.m. in Courtroom Two, United States District Court, 595 Main Street, Worcester, Massachusetts 01608, to be heard on Plaintiff's request that all parties be ordered to abide by

Plaintiff's proposed Confidentiality and Protective Order (*Ex. F.* attached to the *Application*) and Plaintiff's *Ex-Parte* Motion For Leave To Conduct Expedited Discovery (Docket No. 6).

**IT IS FURTHER ORDERED** that the parties shall appear before me on January 28, 2013, at 3:30 p.m. in Courtroom Two, United States District Court, 595 Main Street, Worcester, Massachusetts 01608, to be heard on Plaintiff's application for preliminary injunctive relief.

This Order will expire on January 28, 2013.

SO ORDERED this 14th day of January, 2013, at 2:45 o'clock, p.m.

/s/ *Timothy S. Hillman*
Timothy S. Hillman
United States District Court Judge

35471809.1