UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ADVANCED MICRO DEVICES, INC.,

                Plaintiff,

       v.

ROBERT FELDSTEIN, MANOO DESAI,
NICOLAS KOCIUK, and RICHARD
HAGEN,

                Defendants.

Civil Action No. 13-40007-TSH

**DEFENDANT MANOO DESAI'S**
**ANSWER TO FIRST AMENDED COMPLAINT**

The Defendant Manoo Desai ("Desai") submits the following as her Answer to the

Plaintiff's First Amended Complaint dated March 4, 2013 ("Amended Complaint").

**ANSWERS**

**Introduction**

Desai denies the allegations contained in the unnumbered introductory Paragraphs.

**Parties**

1.      Desai is without information or knowledge sufficient to form a belief as to the

truth of the allegations contained in Paragraph 1 of the Amended Complaint and therefore denies

the allegations contained in Paragraph 1.

2.      Desai is without information or knowledge sufficient to form a belief as to the

truth of the allegations contained in Paragraph 2 of the Amended Complaint and therefore denies

the allegations contained in Paragraph 2.

3.      Desai admits the allegations in Paragraph 2 of the Amended Complaint.

4.      Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Amended Complaint and therefore denies the allegations contained in Paragraph 4.

5.      Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Amended Complaint and therefore denies the allegations contained in Paragraph 5.

6.      Paragraph 6 of the Amended Complaint consists of legal assertions to which no response is required.

7.      Desai denies each and every allegation of Paragraph 7, except that it admits that this Court has personal jurisdiction over the Defendants.

8.      Paragraph 8 of the Amended Complaint consists of legal assertions to which no response is required.

9.      Desai admits the allegations in Paragraph 9 of the Amended Complaint.

10.     Desai denies the allegations in Paragraph 10 of the Amended Complaint. By way of further answer, Desai states that AMD attempts to create a false sense of competition by alleging a single "video game graphics chip industry" which simply does not exist. Instead, there are many levels to the semiconductor industry and competition between companies occurs on but not between those levels. In general NVIDIA has targeted the low-power market for long battery life mobile devices, while AMD has targeted the high-power personal computer ("PC") market. AMD makes and sells computer chips ("SOCs") based on the so-called "x86" CPU architecture which are mostly used in personal computers and typically run Microsoft Windows operating

systems. AMD's primary competitor for sales of its SOCs in the PC market is Intel, which also uses an "x86" CPU architecture. AMD and Intel produce SOCs that combine an x86 CPU with GPU functionality. NVIDIA has zero share in this market segment. NVIDIA makes and sells computer chips based on the so-called "ARM" architecture which are mostly used in smartphones and tablet computers which generally run the Android operating systems. NVIDIA's primary competitor in this market segment is Qualcomm. AMD has zero share in this market segment. AMD has always used x86 architecture CPUs, while NVIDIA has never developed a single product that contained that architecture. SOCs built with X86 CPUs cannot be replaced with SOCs built with ARM CPUs and vice versa; the software that is developed to run on one is fundamentally incompatible with the other. Finally, NVIDIA is unlikely to attempt to move into AMD's "x86" based market space (as opposed to AMD attempting to make products like NVIDIA) because the low-power / long-battery-life mobile market occupied by NVIDIA is growing, while the high-power PC market in which AMD operates is stagnant or contracting.

11.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Amended Complaint and therefore denies the allegations contained in Paragraph 11.

12.    Desai denies the allegations in Paragraph 12 of the Amended Complaint.

13.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Amended Complaint and therefore denies the allegations contained in Paragraph 13.

14.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Amended Complaint and therefore denies the allegations contained in Paragraph 14.

15.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Amended Complaint and therefore denies the allegations contained in Paragraph 15.

16.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Amended Complaint and therefore denies the allegations contained in Paragraph 16.

17.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Amended Complaint and therefore denies the allegations contained in Paragraph 17.

18.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Amended Complaint and therefore denies the allegations contained in Paragraph 18.

19.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Amended Complaint and therefore denies the allegations contained in Paragraph 19.

20.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the Amended Complaint and therefore denies the allegations contained in Paragraph 20.

21.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Amended Complaint and therefore denies the allegations contained in Paragraph 21.

22.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Amended Complaint and therefore denies the allegations contained in Paragraph 22.

23.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Amended Complaint and therefore denies the allegations contained in Paragraph 23.

24.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Amended Complaint and therefore denies the allegations contained in Paragraph 24.

25.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Amended Complaint and therefore denies the allegations contained in Paragraph 25.

26.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Amended Complaint and therefore denies the allegations contained in Paragraph 26.

27.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Amended Complaint and therefore denies the allegations contained in Paragraph 27.

28.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Amended Complaint and therefore denies the allegations contained in Paragraph 28.

29.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Amended Complaint and therefore denies the allegations contained in Paragraph 29.

30.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of the Amended Complaint and therefore denies the allegations contained in Paragraph 30.

31.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Amended Complaint and therefore denies the allegations contained in Paragraph 31.

32.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the Amended Complaint and therefore denies the allegations contained in Paragraph 32.

33.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Amended Complaint and therefore denies the allegations contained in Paragraph 33.

34.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Amended Complaint and therefore denies the allegations contained in Paragraph 34.

35.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Amended Complaint and therefore denies the allegations contained in Paragraph 35.

36.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Amended Complaint and therefore denies the allegations contained in Paragraph 36.

37.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of the Amended Complaint and therefore denies the allegations contained in Paragraph 37.

38.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of the Amended Complaint and therefore denies the allegations contained in Paragraph 38.

39.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of the Amended Complaint and therefore denies the allegations contained in Paragraph 39.

40.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the Amended Complaint and therefore denies the allegations contained in Paragraph 40.

41.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of the Amended Complaint and therefore denies the allegations contained in Paragraph 41.

42.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of the Amended Complaint and therefore denies the allegations contained in Paragraph 42.

43.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of the Amended Complaint and therefore denies the allegations contained in Paragraph 43.

44.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of the Amended Complaint and therefore denies the allegations contained in Paragraph 44.

45.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of the Amended Complaint and therefore denies the allegations contained in Paragraph 45.

46.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Amended Complaint and therefore denies the allegations contained in Paragraph 46.

47.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Amended Complaint and therefore denies the allegations contained in Paragraph 47.

48.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of the Amended Complaint and therefore denies the allegations contained in Paragraph 48.

49.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Amended Complaint and therefore denies the allegations contained in Paragraph 49.

50.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of the Amended Complaint and therefore denies the allegations contained in Paragraph 50.

51.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of the Amended Complaint and therefore denies the allegations contained in Paragraph 51.

52.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Amended Complaint and therefore denies the allegations contained in Paragraph 52.

53.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the Amended Complaint and therefore denies the allegations contained in Paragraph 53.

54.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of the Amended Complaint and therefore denies the allegations contained in Paragraph 54.

55.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of the Amended Complaint and therefore denies the allegations contained in Paragraph 55.

56.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Amended Complaint and therefore denies the allegations contained in Paragraph 56.

57.    Desai admits the allegations in Paragraph 57 of the Amended Complaint.

58.    Desai admits the allegations in Paragraph 58 of the Amended Complaint.

59.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of the Amended Complaint and therefore denies the allegations contained in Paragraph 59.

60.    Desai admits the allegations in Paragraph 60 of the Amended Complaint.

61.    Desai admits the allegations in Paragraph 61 of the Amended Complaint.

62.    Desai admits the allegations in Paragraph 62 of the Amended Complaint.

63.    Desai admits the allegations in Paragraph 63 of the Amended Complaint.

64.    Desai admits the allegations in Paragraph 64 of the Amended Complaint.

65.    Desai admits the allegations in Paragraph 65 of the Amended Complaint.

66.    Desai admits the allegations in Paragraph 66 of the Amended Complaint.

67.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of the Amended Complaint and therefore denies the allegations contained in Paragraph 67.

68.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of the Amended Complaint and therefore denies the allegations contained in Paragraph 68.

69.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of the Amended Complaint and therefore denies the allegations contained in Paragraph 69.

70.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of the Amended Complaint and therefore denies the allegations contained in Paragraph 70.

71.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 of the Amended Complaint and therefore denies the allegations contained in Paragraph 71.

72.     Desai admits the allegations in Paragraph 72 of the Amended Complaint.

73.     Desai admits the allegations in Paragraph 73 of the Amended Complaint.

74.     Desai admits the allegations in Paragraph 74 of the Amended Complaint.

75.     Desai denies the allegations in Paragraph 75 of the Amended Complaint as phrased.  Desai admits that she only saw folders with the same names as used at AMD.

76.     Desai denies the allegations in Paragraph 76 of the Amended Complaint as Desai did not know that there was any confidential AMD information on her computer.

77.     Desai admits the allegations in Paragraph 77 of the Amended Complaint.

78.     Desai admits the allegations in Paragraph 78 of the Amended Complaint.

79.     Desai admits the allegations in Paragraph 79 of the Amended Complaint.

80.     Desai denies the allegations in Paragraph 80 of the Amended Complaint.

81.     Desai denies the allegations in Paragraph 81 of the Amended Complaint.

82.     Desai denies the allegations in Paragraph 82 of the Amended Complaint as Desai did not know that there was any confidential AMD information on her computer.

83.     Desai denies the allegations in Paragraph 83 of the Amended Complaint.

84.     Desai denies the allegations in Paragraph 84 of the Amended Complaint.

85.     Desai denies the allegations in Paragraph 85 of the Amended Complaint.

86.     Desai denies the allegations in Paragraph 86 of the Amended Complaint.

87.     Desai denies the allegations in Paragraph 87 of the Amended Complaint.

88.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 of the Amended Complaint and therefore denies the allegations contained in Paragraph 88.

89.     Desai admits the allegations in Paragraph 89 of the Amended Complaint.

90.     Desai admits the allegations in Paragraph 90 of the Amended Complaint.

91.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 of the Amended Complaint and therefore denies the allegations contained in Paragraph 91.

92.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of the Amended Complaint and therefore denies the allegations contained in Paragraph 92.

93.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 of the Amended Complaint and therefore denies the allegations contained in Paragraph 93.

94.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 of the Amended Complaint and therefore denies the allegations contained in Paragraph 94.

95.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 of the Amended Complaint and therefore denies the allegations contained in Paragraph 95.

96.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 of the Amended Complaint and therefore denies the allegations contained in Paragraph 96.

97.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 of the Amended Complaint and therefore denies the allegations contained in Paragraph 97.

98.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 of the Amended Complaint and therefore denies the allegations contained in Paragraph 98.

99.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 of the Amended Complaint and therefore denies the allegations contained in Paragraph 99.

100.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 of the Amended Complaint and therefore denies the allegations contained in Paragraph 100.

101.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 of the Amended Complaint and therefore denies the allegations contained in Paragraph 101.

102.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 of the Amended Complaint and therefore denies the allegations contained in Paragraph 102.

103.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 of the Amended Complaint and therefore denies the allegations contained in Paragraph 103.

104.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 of the Amended Complaint and therefore denies the allegations contained in Paragraph 104.

105.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 of the Amended Complaint and therefore denies the allegations contained in Paragraph 105.

106.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 of the Amended Complaint and therefore denies the allegations contained in Paragraph 106.

107.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 of the Amended Complaint and therefore denies the allegations contained in Paragraph 107.

108.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 of the Amended Complaint and therefore denies the allegations contained in Paragraph 108.

109.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 of the Amended Complaint and therefore denies the allegations contained in Paragraph 109.

110.     Desai denies the allegations in Paragraph 110 of the Amended Complaint.

111.     Desai denies the allegations in Paragraph 111 of the Amended Complaint.

112.     Desai denies the allegations in Paragraph 112 of the Amended Complaint.

113.     Desai denies the allegations in Paragraph 113 of the Amended Complaint.

114.     Desai denies the allegations in Paragraph 114 of the Amended Complaint.

115.    Desai denies the allegations in Paragraph 115 of the Amended Complaint.

116.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 of the Amended Complaint and therefore denies the allegations contained in Paragraph 116.

117.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 117 of the Amended Complaint and therefore denies the allegations contained in Paragraph 117.

118.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 118 of the Amended Complaint and therefore denies the allegations contained in Paragraph 118.

119.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 of the Amended Complaint and therefore denies the allegations contained in Paragraph 119.

120.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 of the Amended Complaint and therefore denies the allegations contained in Paragraph 120.

121.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 121 of the Amended Complaint and therefore denies the allegations contained in Paragraph 121.

122.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 of the Amended Complaint and therefore denies the allegations contained in Paragraph 122.

123.    Desai admits the allegations in Paragraph 123 of the Amended Complaint.

124.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 of the Amended Complaint and therefore denies the allegations contained in Paragraph 124.

125.    Desai denies the allegations in Paragraph 125 of the Amended Complaint.

126.    Desai admits the allegations in Paragraph 126 of the Amended Complaint.

127.    Desai denies the allegations in Paragraph 127of the Amended Complaint.

128.    Desai admits the allegations in Paragraph 128 of the Amended Complaint.

129.    Desai admits the allegations in Paragraph 129 of the Amended Complaint.

130.    Desai admits the allegations in Paragraph 130 of the Amended Complaint.

131.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 of the Amended Complaint and therefore denies the allegations contained in Paragraph 131.

132.    Desai admits the allegations in Paragraph 132 of the Amended Complaint.

133.    Desai admits the allegations in Paragraph 133 of the Amended Complaint.

134.    Desai admits the allegations in Paragraph 134 of the Amended Complaint.

135.    Desai admits the allegations in Paragraph 135 of the Amended Complaint.

136.    Desai admits the allegations in Paragraph 136 of the Amended Complaint.

137.    Desai admits the allegations in Paragraph 137 of the Amended Complaint.

138.    Desai admits the allegations in Paragraph 138 of the Amended Complaint.

139.    Desai denies the allegations in Paragraph 139 of the Amended Complaint as phrased.  Desai admits sending an email with those words, but denies the allegations on the ground that Hagen was joking.

140.    Desai admits the allegations in Paragraph 140 of the Amended Complaint.

141.    Desai admits the allegations in Paragraph 141 of the Amended Complaint.

142.    Desai admits the allegations in Paragraph 142 of the Amended Complaint.

143.    Desai admits the allegations in Paragraph 143 of the Amended Complaint.

144.    Desai denies the allegations in Paragraph 144 of the Amended Complaint.

145.    Desai denies the allegations in Paragraph 145 of the Amended Complaint.

146.    Desai admits the allegations in Paragraph 146 of the Amended Complaint.

147.    Desai denies the allegations in Paragraph 147 of the Amended Complaint.

148.    Desai admits the allegations in Paragraph 148 of the Amended Complaint.

149.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 of the Amended Complaint and therefore denies the allegations contained in Paragraph 149.

150.    Desai admits the allegations in Paragraph 150 of the Amended Complaint.

151.    Desai denies the allegations in Paragraph 151 of the Amended Complaint.

152.    Desai admits the allegations in Paragraph 152 of the Amended Complaint.

153.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 of the Amended Complaint and therefore denies the allegations contained in Paragraph 153.

154.    Desai denies the allegations in Paragraph 154 of the Amended Complaint.

155.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 of the Amended Complaint and therefore denies the allegations contained in Paragraph 155.

156.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 of the Amended Complaint and therefore denies the allegations contained in Paragraph 156.

157.    Desai admits that in her role at AMD, she had access to certain non-public information.  Desai denies each and every other allegation contained in Paragraph 157 of the Amended Complaint

158.    Desai denies the allegations in Paragraph 158 of the Amended Complaint.

159.    Desai denies the allegations in Paragraph 159 of the Amended Complaint.

**Count I**

160.    Desai repleads her answers to the foregoing Paragraphs, and by this reference hereby incorporates the same herein in this Paragraph, and makes the same a part hereof as though fully set forth *verbatim*.

161.    Desai admits the allegations in Paragraph 161 of the Amended Complaint.

162.    Desai denies the allegations in Paragraph 162 of the Amended Complaint.

163.    Paragraph 163 of the Amended Complaint consists of legal assertions to which no response is required.

164.    Desai denies the allegations in Paragraph 164 of the Amended Complaint.

165.    Desai denies the allegations in Paragraph 165 of the Amended Complaint.

166.    Desai denies the allegations in Paragraph 166 of the Amended Complaint.

167.    Desai denies the allegations in Paragraph 167 of the Amended Complaint.

**Count II**

168.    Desai repleads her answers to the foregoing Paragraphs, and by this reference hereby incorporates the same herein in this Paragraph, and makes the same a part hereof as though fully set forth *verbatim*.

169.    Desai admits the allegations in Paragraph 169 of the Amended Complaint.

170.    Desai admits the allegations in Paragraph 170 of the Amended Complaint.

171.    Desai denies the allegations in Paragraph 171 of the Amended Complaint.

172.    Desai denies the allegations in Paragraph 172 of the Amended Complaint.

173.    Desai denies the allegations in Paragraph 173 of the Amended Complaint.

174.    Desai denies the allegations in Paragraph 174 of the Amended Complaint.

175.    Desai denies the allegations in Paragraph 175 of the Amended Complaint.

## Count III

176.    Desai repleads her answers to the foregoing Paragraphs, and by this reference hereby incorporates the same herein in this Paragraph, and makes the same a part hereof as though fully set forth *verbatim*.

177.    Desai admits the allegations in Paragraph 177 of the Amended Complaint.

178.    Desai admits that she was previously employed by AMD and is now employed by NVIDIA.  Desai denies the remaining allegations in Paragraph 178 of the Amended Complaint.

179.    Desai denies the allegations in Paragraph 179 of the Amended Complaint.

180.    Desai denies the allegations in Paragraph 180 of the Amended Complaint.

181.    Desai denies the allegations in Paragraph 181 of the Amended Complaint.

182.    Desai denies the allegations in Paragraph 182 of the Amended Complaint.

**Count IV**

183.    Desai repleads her answers to the foregoing Paragraphs, and by this reference hereby incorporates the same herein in this Paragraph, and makes the same a part hereof as though fully set forth *verbatim*.

184.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 of the Amended Complaint and therefore denies the allegations contained in Paragraph 184.

185.    Desai denies the allegations in Paragraph 185 of the Amended Complaint.

186.    Desai denies the allegations in Paragraph 186 of the Amended Complaint.

187.    Desai denies the allegations in Paragraph 187 of the Amended Complaint.

188.    Desai denies the allegations in Paragraph 188 of the Amended Complaint.

189.    Desai denies the allegations in Paragraph 189 of the Amended Complaint.

190.    Desai denies the allegations in Paragraph 190 of the Amended Complaint.

191.    Desai denies the allegations in Paragraph 191 of the Amended Complaint.

**Count V**

192.    Desai repleads her answers to the foregoing Paragraphs, and by this reference hereby incorporates the same herein in this Paragraph, and makes the same a part hereof as though fully set forth *verbatim*.

193.    Desai admits that she had access to certain AMD information.  Desai denies the remaining allegations in Paragraph 193.

194.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 194 of the Amended Complaint and therefore denies the allegations contained in Paragraph 194.

195.    Desai denies the allegations in Paragraph 195 of the Amended Complaint.

196.    Desai denies the allegations in Paragraph 196 of the Amended Complaint.

197.    Desai denies the allegations in Paragraph 197 of the Amended Complaint.

198.    Desai denies the allegations in Paragraph 198 of the Amended Complaint.

199.    Desai denies the allegations in Paragraph 199 of the Amended Complaint.

**Count VI**

200.    Desai repleads her answers to the foregoing Paragraphs, and by this reference hereby incorporates the same herein in this Paragraph, and makes the same a part hereof as though fully set forth *verbatim*.

201.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 201 of the Amended Complaint and therefore denies the allegations contained in Paragraph 201.

202.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 202 of the Amended Complaint and therefore denies the allegations contained in Paragraph 202.

203.    Paragraph 203 of the Amended Complaint consists of legal assertions to which no response is required.

204.    Desai denies the allegations in Paragraph 204 of the Amended Complaint.

205.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 205 of the Amended Complaint and therefore denies the allegations contained in Paragraph 205.

206.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 206 of the Amended Complaint and therefore denies the allegations contained in Paragraph 206.

207.    Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 207 of the Amended Complaint and therefore denies the allegations contained in Paragraph 207.

208.     Desai is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 208 of the Amended Complaint and therefore denies the allegations contained in Paragraph 208.

209.     Desai denies the allegations in Paragraph 209 of the Amended Complaint.

210.     Desai denies the allegations in Paragraph 210 of the Amended Complaint.

**Count VII**

211.     Desai repleads her answers to the foregoing Paragraphs, and by this reference hereby incorporates the same herein in this Paragraph, and makes the same a part hereof as though fully set forth *verbatim*.

212.     Desai denies the allegations in Paragraph 212 of the Amended Complaint.

213.     Desai denies the allegations in Paragraph 213 of the Amended Complaint.

214.     Desai denies the allegations in Paragraph 214 of the Amended Complaint.

215.     Desai denies the allegations in Paragraph 215 of the Amended Complaint.

216.     Desai denies the allegations in Paragraph 216 of the Amended Complaint.

217.     Desai denies the allegations in Paragraph 217 of the Amended Complaint.

## AFFIRMATIVE AND OTHER DEFENSES

FIRST DEFENSE

All allegations not specifically admitted are hereby denied.

SECOND DEFENSE

AMD has waived any claim that the information at issue here constitutes protected trade secrets.

THIRD DEFENSE

AMD consented to the removal of its alleged trade secrets by its employees.

FOURTH DEFENSE

AMD is estopped from asserting that its information constitutes trade secrets.

FIFTH DEFENSE

The contract at issue here fails for lack of consideration.

SIXTH DEFENSE

The restrictions set forth in the contract are unreasonable and/or unconscionable and may not be enforced by AMD.

SEVENTH DEFENSE

The claims against each Defendant in this matter should be tried separately.

EIGHTH DEFENSE

AMD has failed to mitigate its damages.

NINTH DEFENSE

The Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

TENTH DEFENSE

The claims at issue here are barred by laches.

ELEVENTH DEFENSE

AMD has unclean hands.

WHEREFORE, Defendant, MANOO DESAI, respectfully requests that the Court:

    1.    Deny the relief requested by Plaintiff;

    2.    Enter a judgment on her behalf on all counts of the Complaint;

    3.    Award her costs and attorneys' fees; and

    4.    Grant such other and further relief as the Court deems just and reasonable.


Dated:  March 21, 2013


Respectfully submitted,

MORGAN LEWIS & BOCKIUS LLP
*Attorneys for Manoo Desai*

By:    */s/ Todd S. Holbrook*
    Todd S. Holbrook, BBO # 563828
    Morgan, Lewis & Bockius LLP
    225 Franklin Street, 16th Floor
    Boston, Massachusetts 02110
    Tel:    617.341.7700
    Email: tholbrook@morganlewis.com


    Melinda S. Riechert, *Pro Hac Vice*
    Morgan, Lewis & Bockius LLP
    Two Palo Alto Square
    3000 El Camino Real, Suite 700
    Palo Alto, CA  94306
    Tel:    650.843.4000
    Email:  mriechert@morganlewis.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (Notice of Electronic Filing) and paper copies will be sent to those indicated as non registered participants on March 21, 2013.


    /s/ Todd S. Holbrook

DB2/ 23965515.1