UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADVANCED MICRO DEVICES, INC.,

    Plaintiff,

  v.

ROBERT FELDSTEIN, MANOO DESAI,
NICOLAS KOCIUK, RICHARD HAGEN, and
DEEPAKSRIVATS THIRUMALAI,

    Defendants.

Civil Action No. 13-40007-TSH

## JOINT STIPULATION OF DISMISSAL

Plaintiff Advanced Micro Devices, Inc. ("AMD") and Defendants Robert Feldstein, Manoo Desai, Nicolas Kociuk, Richard Hagen, and Deepaksrivats Thirumalai (collectively, "Defendants") hereby STIPULATE AND AGREE that the matter has been resolved and jointly move the Court to enter an Order of Dismissal consistent with Exhibit A, attached hereto.

DATED:  February 25,  2014                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:     /s/ Christopher P. Sullivan
_____
    Christopher P. Sullivan (485120)
    Anthony A. Froio (554708)
    Morgia D. Holmes (681515)

800 Boylston Street
25th Floor, Prudential Tower
Boston, Massachusetts  02199-7080
cpsullivan@rkmc.com
aafroio@rkmc.com
mdholmes@rkmc.com
Tel:  617-267-2300
Fax:  617-267-8288


**WEISBART SPRINGER HAYES LLP**

By:     /s/ Sherrard (Butch) Hayes
_____
    Sherrard (Butch) Hayes (TX 00784232)
    Sara E. Janes (TX 24056551)
    Mia A. Storm (TX 24078121)
    Timothy Cleveland (TX 27055318)

212 Lavaca Street, Suite 200
Austin, Texas  78701
shayes@wshllp.com
sjanes@wshllp.com
mstorm@wshllp.com
tcleveland@wshlp.com
Tel:  512-652-5780
Fax:  512-682-2074

**ATTORNEYS FOR PLAINTIFF
ADVANCED MICRO DEVICES, INC.**

**MORGAN LEWIS & BOCKIUS LLP**

By:   /s/ Todd S. Holbrook
_____
         Todd S. Holbrook (BBO 563828)

225 Franklin Street, 16th Floor
Boston, Massachusetts  02110
tholbrook@morganlewis.com
Tel:  617-341-7700

Melinda S. Riechert
**MORGAN LEWIS & BOCKIUS, LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, California  94306
Tel:  650-843-4000
Fax: 650-843-4001

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certified that copies of the *Joint Stipulation of Dismissal* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 25, 2014.

/s/ Todd S. Holbrook

Todd S. Holbrook
225 Franklin Street, 16th Floor
Boston, Massachusetts 02110
tholbrook@morganlewis.com
Tel: 617-341-7700

**ATTORNEYS FOR DEFENDANTS**

DB2/ 24814592.1