UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADVANCED MICRO DEVICES, INC.,

    Plaintiff,

v.

ROBERT FELDSTEIN, MANOO DESAI,
NICOLAS KOCIUK, RICHARD HAGEN, and
DEEPAKSRIVATS THIRUMALAI,

    Defendants.

Civil Action No. 13-40007-TSH

### AGREED PERMANENT INJUNCTION

Pursuant to agreement of the parties,

**IT IS ORDERED** that the Preliminary Injunctions (Docket Nos. 107, 113) previously issued by this Court are dissolved and replaced with this Agreed Permanent Injunction.

**IT IS FURTHER ORDERED** that:

Defendants Robert Feldstein, Manoo Desai, Nicolas Kociuk, and Deepak Thirumalai ("Defendants") shall never review, disclose, utilize, transfer, or manipulate in any way any AMD Confidential Information,[1] whether taken by them on the devices described in the Lawsuit pleadings, or in any other manner;

---

[1] "AMD Confidential Information" shall have the same meaning as the term "Confidential Information" defined in the various non-disclosure agreements between the Defendants Robert Feldstein (entitled "Advanced Micro Devices Agreement"), Manoo Desai (entitled "Business Protection Agreement"), Nicolas Kociuk (entitled "Business Protection Agreement"), and Deepaksrivats Thirumalai (entitled "Advanced Micro Devices Agreement") and AMD, as identified by AMD in the Lawsuit (these agreements are referred to herein as the "Non-Disclosure Agreements").

1

Defendants shall never disclose to any other person any AMD Confidential Information whether or not such materials are or have been in any electronic, paper, or graphic format. The prohibition extends to any AMD Confidential Information that may remain in the memory of the Defendant regardless of whether it was transferred from AMD electronically or otherwise;

Each Defendant shall abide by each and every term in his or her Non-Disclosure Agreement with AMD to the extent any such term remains in effect; and

Each Defendant specifically must refrain from utilizing any AMD Confidential Information in their roles at NVIDIA or any other entity going forward.

**IT IS FURTHER ORDERED** that the bonds posted by AMD shall be released.

**IT IS FURTHER ORDERED** that this agreed permanent injunction shall remain in full force and effect unless modified by a further order of this Court.

SO ORDERED this 26 day of February, 2014, at 10:00 o'clock, a.m.

HONORABLE TIMOTHY S. HILLMAN
United States District Court Judge